ADT Security
1501 Yamato Rd.
Boca Raton FL  33431


Atlantic Heating
116 Cypress
Brookline MA   02445


Bernkopf Goodman
2 Seaport Ln
Boston MA  02210


Berry Insurance
500 Granite Av.
Milton MA  02186


Boston Municipal Court Summary Process
24 New Chardon St.
Boston MA  02114


Boston Police
One Schroeder Pl
Boston MA 02120


Callaway Golf Co.
2180 Rutherford Rd
Carlsbad CA 92008


City of Boston
Law Dept 1 City Hall Sq
Boston MA  02201


Cohen & Associates
151 Tremont St PH
Boston MA  02111

Comcast Corp.
1701 JFK Blvd
Philadelphia PA  19103


Cypress Communications
15 Broad Street #400
Boston MA  02109


Direct FCU
50 Cabot Street #1
Needham Hts MA  02494


Downtown Development
50 Federal St.
Boston MA 02110


Downtown Development
c/o Turk & Quijano
639 Granite St Ste 305
Braintree MA 02184


Eversource
One Nstar Way
Westwood MA 02090


Financial Pacific Leasing
3455 S 344th Way
Auburn WA  98063


Golfworks
PO Box 3008
Newark OH  43058


Hub Plumbing
67 Smith Pl
Cambridge MA  02138

Interactive Sports
51 Citation Dr
Concord, ON, CN  L4K 2S4

Internal Revenue Svc.
PO Box 21126
Philadelphia PA  19114

Keating LLC
450 Main
W. Newbury MA  01985

Leupold & Stevens
14400 NW Greenbrier Pkwy
Beaverton  OR  97006

Linc Multimedia
1348 W. Royalston Rd
Athol MA 01331

Madison Funding LLC
11433 Cronridge Dr
Owings Mills  MD  21117

Mass Golf Assoc
300 Arnold Palmer Blvd
Norton MA  02766

Mass. Dept of Revenue
BK Unit PO Box 9565
Boston  MA  02114

N.E. Golf Guide
464 Common St

Belmont  MA  02478


N.E. Spring Water
217 Main
N. Reading MA  01864


National Grid
40 Sylvan Road
Waltham MA  02451


Quill.com
PO Box 37600
Philadelphia PA  19101


R.J. Shepherd Golf Co.
7 Marble St #2
Whitman MA  02381


Sklz - Pro Performance
2081 Faraday Ave
Carlsbad CA  92008


Skyhawke Technologies
274 Commerce Park Dr
Ridgeland MS  39157


Souper Salad
2811 McKinney Ave
Dallas TX  75204


Stuart Pratt c.o NAI Hunneman
303 Congress Street
Boston  MA  02210


Timepayment Corp.

16 New England Exec. Pk
Burlington  MA  01803


United Leasing
3700 E. Morgan Ave
Evansville IN  47715


United Parcel Svc
55 Glenlake Pkwy NE
Atlanta  GA  30328


Verizon Bankruptcy Admin
500 Technology Dr.
Weldon Spring  MO  63304


Wells Fargo
420 Montgomery St
San Francisco  CA  94104